# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| **BEXLEY SOLUTIONS LLC,** | |
| Plaintiff, | |
| v. | C.A. No. 1:19-cv-00788-LPS |
| **FORTINET, INC.,** | |
| Defendant. | |

### NOTICE OF SETTLMENT AND SECOND UNOPPOSED MOTION TO STAY

On June 21, 2019, Plaintiff Bexley Solutions LLC notified this Court that the parties in this case had reached a settlement agreement in principle (D.I. 8). Plaintiff requested that this Court stay all proceedings in this case for thirty days from the date of this Court's Order, which it did on June 24, 2019. The thirty-day stay ends July 24, 2019. Plaintiff requests that this Court stay this case for another thirty days until August 23, 2019. The parties have finalized their settlement agreement, but they need extra time to obtain signatures and for Plaintiff to receive Defendant's payment before this case is dismissed. Defendant does not oppose this notice and second motion.

Dated: July 18, 2019

Respectfully Submitted,

DEVLIN LAW FIRM LLC

*/s/ Timothy Devlin*
Timothy Devlin (No. 4241)
1526 Gilpin Avenue
Wilmington, DE 19806
Phone: (302) 449-9010
tdevlin@devlinlawfirm.com

*Counsel for Plaintiff*

SO ORDERED this ___ day of July, 2019.

_____
The Honorable Leonard P. Stark
Chief, United States District Court Judge