# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| **BEXLEY SOLUTIONS LLC,**<br><br>                Plaintiff,<br><br>    v.<br><br>**FORTINET, INC.,**<br><br>                Defendant. | C.A. No. 1:19-cv-00788-LPS |

## NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE

    Now comes Plaintiff Bexley Solutions LLC, by and through its counsel, and pursuant to Fed. R. Civ. P. 41 (a)(1), hereby voluntarily dismisses all of the claims asserted against Defendant FORTINET, INC., in the within action WITH PREJUDICE.  FORTINET, INC. has not served an answer or a motion for summary judgment.

Dated:  July 25, 2019

                              DEVLIN LAW FIRM LLC

                              */s/ Timothy Devlin*
                              Timothy Devlin (No. 4241)
                              1526 Gilpin Avenue
                              Wilmington, DE 19806
                              Phone: (302) 449-9010
                              Fax: (302) 353-4251
                              tdevlin@devlinlawfirm.com

                              ***Attorneys for Plaintiff***

    SO ORDERED this ____ day of _____, 2019.

                              _____
                              Chief, United States District Court Judge